

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2015

No. 04-13-00757-CV

Michael **TATSCH**,
Appellant

v.

**CHRYSLER GROUP, LLC** and Infinity County Mutual Insurance Company,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

## O R D E R

   Appellees filed a second motion for extension of time to file their motion for rehearing. We **GRANT** the motion and **ORDER** appellees to file their motion for rehearing on or before January 30, 2015. Appellees are advised that no further extensions of time to file the motion for rehearing will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court